IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BARBARA ELAM AND BOBBY ELAM                     PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 1:08CV304-DD

THE KANSAS CITY SOUTHERN RAILWAY
COMPANY AND RONALD L. MICHAEL                      DEFENDANTS

## AFFIDAVIT OF ROBERT A. BURT, II

STATE OF MISSISSIPPI

COUNTY OF HINDS

1.    My name is Robert A. Burt, II, and I am a resident of Rankin County, Mississippi. I have personal knowledge of the facts stated in this affidavit. I swear and affirm that the contents of this affidavit are true and correct to the best of my knowledge, information and belief.

2.    I am an adult, competent to testify to the matters stated in this affidavit. The statements made herein are made upon my personal knowledge. I am employed by the Mississippi Department of Transportation (hereinafter"MDOT"), in the office located in Jackson, Mississippi, as the Director of Freight, Rails, Ports & Waterways.

3.    Pursuant to the 1981 project identified as MDOT Project No. 75-0916-00-026-10 (Federal Aid Project No. OP-0916-0(26)), MDOT records indicate that federal funds were in fact used to fund the installation of highway pavement markings and advance warning signs at the Pine Crest crossing located in Corinth, Alcorn County, Mississippi, Crossing Identification No. 869527K.


EXHIBIT B

4. I have reviewed the documentation attached to this affidavit as Exhibit "1". These documents are true and correct copies of the documents in the possession of MDOT, and such documents were used to determine that federal funds were used at the subject grade crossing.

Further Affiant sayeth not.

_____
ROBERT A. BURT, II

SWORN TO AND SUBSCRIBED BEFORE ME on this the 4th day of December, 2009.

_____
Notary Public

My Commission Expires:

_____

SUBMITTED BY:

BILL LOVETT, ESQ.

# STATE OF MISSISSIPPI
## STATE HIGHWAY DEPARTMENT

# RAILROAD GRADE CROSSING PROTECTION

## FEDERAL AID PROJECT NO. OP-0916-0(26)
### 75-0916-00-026-10

## RAILROAD ADVANCE WARNING SIGNS
## AT CITY STREETS AND COUNTY ROADS-STATEWIDE

Contractor: Traffic Controls Co.
(Address): P.O. Box 5953 Jackson
Dist. Engr.: 
Proj. Engr.: Newton McCulloch
(Signature)
Work Started on: 10-20-82
Work Accepted on: 5-20-83

FINAL PLANS OF COMPLETED WORK



MISSISSIPPI STATE HIGHWAY DEPARTMENT
APPROVED:
DIRECTOR
DATE 12-3-81

2/19/81

CROSSINGS FOR COUNTY ALCORN

CORINTH

| ID. NO. | EFFECT DATE | CNTY | RR | HWY PAVE | PAVE MARK | ADV WRN | NEW AADT | HP | PM | AM | OLD AADT | WARNING DEVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 862557D | | 003 | CCR | — | 0 | X | — | 2 | 3 | 2 | 090030 | CROSSBUCKS |
| 869521U | | 003 | CCR | 2@10' | 2 | 0 | — | 1 | 1 | 1 | 000900 | CROSSBUCKS |
| 869523H | | 003 | CCR | 2@9' | 2 | | — | 1 | 3 | 2 | 000300 | CROSSBUCKS |
| 869526D | | 003 | CCR | 2@11' 1@11' | 2 | | — | 1 | 1 | 1 | 001200 | HWY SIG WW BELLS |
| 869527K | | 003 | CCR | 1@17' | 2 | X | — | 2 | 3 | 1 | 001000 | CROSSBUCKS |
| RR TOTAL | | | | | | | | | | | | |

PAGE 4