### IN THE UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

BARBARA ELAM AND BOBBY ELAM                          **PLAINTIFFS**

VS.                                    CIVIL ACTION NO. 1:08cv304-GHD-JAD

THE KANSAS CITY SOUTHERN RAILWAY
COMPANY AND RONALD L. MICHAEL                         **DEFENDANTS**

### AFFIDAVIT OF CHARLES V. LARS

STATE OF LOUISIANA
PARISH OF *Caddo*

I, Charles V. Lars, first being duly sworn on oath, state as follows:

1.    I am an adult resident citizen of the State of Louisiana. I have personal knowledge of the facts stated herein, and am competent to testify thereto.

2.    I am presently employed by The Kansas City Southern Railway Company as a General Claims Specialist. On November 19, 2006, I was the Kansas City Southern Railway Company claims agent assigned to the accident at issue.

3.    On November 19, 2006, I traveled to the location of the subject accident in order to conduct a routine investigation of said accident. Accident investigation is within the regular business activities of a Kansas City Southern Railway Company claims agent. Taking pictures of an accident scene is regular practice during a regularly conducted accident investigation.

4.    I took photograph numbers 27, 32, and 35, attached hereto, during the course of my regularly conducted accident investigation on November 19, 2006, between 9:47 am and 7:14 pm.

5.    Photograph numbers 27, 32, and 35 are true and accurate depictions of the scene of the subject accident as it existed on November 19, 2006, the day after the subject accident occurred.



EXHIBIT

C

6.      Photographs 27, 32, and 35 are true and accurate depictions of the warning signals installed at the subject crossing on November 19, 2006, the day after the subject accident occurred.

Further affiant saith not.

_____
CHARLES V. LARS

SWORN TO AND SUBSCRIBED BEFORE ME, this the _11_ day of February, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

DEBRA ALLEN, NOTARY PUBLIC
CADDO PARISH, LOUISIANA
MY COMMISION IS FOR LIFE

# PHOTO SHEET

**KANSAS CITY SOUTHERN Lines**

| | |
|---|---|
| **FILE NUMBER** | **SUFFIX** |
| 012265 | |
| **CLAIMANT** | |
| Elam, Barbara | |
| **OCCUPATION OR CLASSIFICATION** | |

**PHOTOGRAPHED BY**
Charles V. Lars
**MAKE AND TYPE OF CAMERA**
Cannon Power Shot
**BRAND AND TYPE OF FILM**
Kodak SD card

| **DATE TAKEN** | **TIME** |
|---|---|
| 11/19/06 | 9:27 am - 7:14 pm |

[ x ] PI  [ ] PI&D  [ ] L&DP

**ACCIDENT DATE**
11/18/06
**LOCATION**
Corinth, Ms.

[ X ] DAYLIGHT  [ ] DARK  [ ] FLASH

[ ] CLEAR  [ X ] CLOUDY  [ ] RAIN  [ ] SNOW  [ ] OTHER (Indicate)

PHOTO NO  **27**  CAMERA HEIGHT  **Eye**  DISTANCE FROM SUBJECT  **525'**

[ X ] PRINT  [ ] NEGATIVE  DIRECTION FACING  **North**

Description  **525' from 1st rail.  Advanced Warning sign @ 500'**



# PHOTO SHEET

| | |
|---|---|
| FILE NUMBER | SUFFIX |
| 012265 | |
| CLAIMANT | |
| Elam, Barbara | |
| OCCUPATION OR CLASSIFICATION | |

PHOTOGRAPHED BY
**Charles V. Lars**

MAKE AND TYPE OF CAMERA
**Cannon Power Shot**

BRAND AND TYPE OF FILM
**Kodak SD card**

| DATE TAKEN | TIME |
|---|---|
| **11/19/06** | **9:27 am - 7:14 pm** |

[ ] PI    [ ] PI&D    [ ] L&DP

ACCIDENT DATE
**11/18/06**

LOCATION
**Corinth, Ms.**

[X] DAYLIGHT      [ ] DARK      [ ] FLASH

[ ] CLEAR    [X] CLOUDY    [ ] RAIN    [ ] SNOW    [ ] OTHER (Indicate)

PHOTO NO **32**      CAMERA HEIGHT **Eye**      DISTANCE FROM SUBJECT **150'**

[X] PRINT    [ ] NEGATIVE    DIRECTION FACING **North**

Description    **150' from 1st rail. Pavement markings begin @ 135' from 1st rail**



# PHOTO SHEET

| FILE NUMBER | SUFFIX |
|---|---|
| 012265 | |

**CLAIMANT**
Elam, Barbara

**OCCUPATION OR CLASSIFICATION**

**PHOTOGRAPHED BY**
Charles V. Lars

**MAKE AND TYPE OF CAMERA**
Cannon Power Shot

**BRAND AND TYPE OF FILM**
Kodak SD card

| ☐ PI | ☐ PI&D | ☐ L&DP |
|---|---|---|

**ACCIDENT DATE**
11/18/06

| DATE TAKEN | TIME |
|---|---|
| 11/19/06 | 9:27 am - 7:14 pm |

**LOCATION**
Corinth, Ms.

| [X] DAYLIGHT | ☐ DARK | ☐ FLASH |
|---|---|---|
| ☐ CLEAR | [X] CLOUDY  ☐ RAIN  ☐ SNOW | ☐ OTHER (Indicate) |

| PHOTO NO | 35 | CAMERA HEIGHT | Eye | DISTANCE FROM SUBJECT | 50 |
|---|---|---|---|---|---|
| [X] PRINT | ☐ NEGATIVE | DIRECTION FACING | North | | |

**Description**    50' from 1st rail. Stop bar approximately 16' from 1st rail.  Xbuck 37' from 1st rail

